UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

James J. Pressley

DEBTOR(S)

CHAPTER 13

**CASE NO: 20-00011-dd**

Address: 509 W. Deer Road
Timmonsville, SC  29161

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any):  7028

# Payment Increase Stipulation

The above-referenced debtor(s) file this stipulation after consultation with the chapter 13 trustee. The parties agree that the plan payments must be increased for the following reason:

__X__   A claim or claims has/have been filed in an amount higher than the scheduled amount.

_____ To cover non-exempt equity in assets. This stipulation is occurring (please select one):
____ Preconfirmation       _____ Post-confirmation

_____ To cover total disposable income. This stipulation is occurring (please select one):
____ Preconfirmation       _____ Post-confirmation

_____ Other (describe):_____

The plan payments and/or length of plan, as set forth in Section 2.1 of the plan filed  2-24-20  are hereby adjusted to $ 1550.00 per month for  3  months, followed by $ 1960.00 per month for  57  months.

This stipulation does not bar the chapter 13 trustee and debtors from stipulating to a further change should one be necessary; nor does it affect the debtors' other obligations required under said plan.

*The chapter 13 trustee, debtor, and the attorney for the debtor, if any, must sign below.*

✖ /s/James J. Pressley
Signature of Debtor 1

✖ /s/
Signature of Debtor 2

Executed on   04/21/2020
MM / DD / YYYY

Executed on _____
MM /DD / YYYY

✖ /s/ Daniel A. Stone
Signature of Attorney for the debtor    DCID #8077

Date   04/21/2020
MM/DD/ YYYY

✖ /s/ Katherine Rea
Signature of Trustee or Trustee's Attorney    DCID #12327

Date   04/21/2020
MM/DD/ YYYY